UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HENRY FOSTER,<br><br>　　　　　Defendant. | CASE NO. 2:25-cr-00192-JNW-1<br><br>ORDER DENYING DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISION |

The Court denied Defendant Henry Foster's first motion for early termination because he had not yet completed one year of supervised release as required by 18 U.S.C. § 3583(e)(1). Dkt. No. 6. Foster is now statutorily eligible, having completed twelve months of his three-year term. He again asks the Court to terminate his supervision early. Dkt. No. 9.

The record reflects that Foster continues to do well. He remains employed as a bus driver, has tested negative on all drug screens, and has had no contacts with law enforcement. The Court commends Foster for these efforts.

But the Court is not yet satisfied that early termination is warranted. Foster's risk assessment rates him as low-to-moderate, with drugs and alcohol and

ORDER - 1

social networks identified as risk factors. Because Foster is a transplant to the Western Washington, most of his social networks remain in Florida, and his community ties here are still developing. Probation has not yet spoken with Foster's employer or anyone else who could verify that his footing in the community is stable. Foster is also classified as a career offender, which bears on the Court's forward-looking assessment about the need for continued supervision and the adequacy of deterrence under § 3553(a)(2)(B).

The Court has conducted the individualized assessment contemplated by the policy statement at U.S.S.G. § 5D1.4 and, in consultation with the Government and the Probation Office, concludes that termination is not warranted at this time. To the extent Foster relies on *Esteras v. United States*, 606 U.S. 185 (2025), *see* Dkt. No. 12, that case addressed § 3553(a)(2)(A) in the context of revocation, not early termination.

The motion is denied without prejudice. Dkt. No. 9

Dated this 5th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2