UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY FOSTER,<br><br>Defendant. | CASE NO. 2:25-cr-00192-JNW-1<br><br>ORDER DENYING DEFENDANT'S THIRD MOTION FOR EARLY TERMINATION OF SUPERVISION |

Before the Court is Defendant Henry Foster's third motion for early termination of supervised release. Dkt. No. 16.

The Court incorporates its prior orders. Dkt. Nos. 6, 14. Foster's continued employment and negative drug screens remain commendable. But the record has also moved the other way. On April 10, 2026, Probation reported that Foster moved without notifying his officer, in violation of a standard condition, and the Court endorsed a verbal reprimand. Dkt. No. 15. In assessing early termination, U.S.S.G. § 5D1.4(b) directs the Court to weigh, among other things, any history of court-reported violations, substantial compliance with all conditions, and the defendant's demonstrated ability to self-manage. A court-reported violation three

months before this motion was filed, together with a risk assessment that still identifies unresolved risk factors, persuades the Court that a further period of supervision continues to serve the forward-looking purposes of sentencing.

The motion is DENIED without prejudice. Dkt. No. 16.

Dated this 2nd day of September, 2026.

Jamal N. Whitehead
United States District Judge